KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, New York 10018
212-972-3000

*Attorneys for FTI Consulting, Inc., solely in its
Capacity as Liquidating Trustee of the Dewey &
LeBoeuf Secured Lender Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In re:                                               :        Chapter 11
                                                     :
DEWEY & LEBOEUF, LLP,                                :        Case No. 12-12321 (MG)
                                                     :
                        Debtor.                      :
-------------------------------------------------------------------X

## NOTICE OF AGENDA FOR MATTERS
## SCHEDULED FOR JULY 23, 2015 PRE-TRIAL CONFERENCES

**Location of Hearing**:        Before Honorable Martin Glenn, Courtroom 501, United States
                                Bankruptcy Court for the Southern District of New York,
                                Alexander Hamilton U.S. Custom House, One Bowling Green,
                                New York, NY 10004.

1. FTI Consulting, Inc. et al. v. LCN Capital LLC a/k/a LCN Capital Partners LLC et al., Adv. Proc. No. 14-02054 (MG).  **Pre-Motion Conference.  This matter will go forward.**

2. FTI Consulting, Inc. et al. v. Jones Magazine, Inc. et al., Adv. Proc. No. 14-02182 (MG).  **To date, Defendants have not yet appeared in this action.  The parties have agreed to a settlement in principle.  The Court has adjourned the Pretrial Conference to August 19, 2015 at 10:00 a.m.**

3. FTI Consulting, Inc. et al. v. Phoenix Realty Group LLC, Adv. Proc. No. 15-01089 (MG).  **To date, Defendants have not yet appeared in this action; however the parties are currently discussing the possible resolution of this matter.  The Court has adjourned the Pretrial Conference to August 19, 2015 at 10:00 a.m.**

Dated: New York, New York
       July 21, 2015

                    KLESTADT WINTERS JURELLER
                    SOUTHARD & STEVENS, LLP

By: */s/John E. Jureller, Jr.*
     Tracy L. Klestadt
     John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, NY 10018-1603
(212) 972-3000

*Attorneys for Plaintiff, FTI Consulting, Inc., solely in its Capacity as Liquidating Trustee of the Dewey & LeBoeuf Secured Lender Trust*